IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHOMEFUN OLUWASEUN, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:24-CV-0176-G-BT |
| ALEJANDRO MAYORKAS, ET AL., ) | |
| ) | |
| Respondents. ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court.  By separate judgment, the petitioner's habeas application, motions for summary judgment (docket entries 6, 12), and request for a temporary restraining order (docket entry 13) will be **DENIED**, and his case will be **DISMISSED**.

The petitioner's motion for appointment of counsel (docket entry 16) is **DENIED**.

**SO ORDERED**.

October 16, 2024.

_____
**A. JOE FISH**
**Senior United States District Judge**

- 2 -