IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHOMEFUN, OLUWASEUN, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:24-CV-0176-G-BT |
| ALEJANDRO MAYORKAS, ET AL., ) | |
| ) | |
| Respondents. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court.

The petitioner's motion for reconsideration (docket entry 20) and "emergency" motion to expedite a ruling on the motion for reconsideration (docket entry 26) are **DENIED**.

The petitioner's motion to seal, or, in the alternative to proceed under a pseudonym (docket entry 25) is **GRANTED IN PART**. The Clerk of the Court is **DIRECTED** to seal the Immigration Judge's April 30, 2024 opinion located at docket entry 11, ECF page numbers 130-163.

**SO ORDERED**.

June 17, 2025.

_____
**A. JOE FISH**
**Senior United States District Judge**